IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GILBERT L. LANE,   CV. 05-1138-HU

       Plaintiff,   ORDER

  v.

OREGON STATE POLICE, and
ODOC EMPLOYEES,

       Defendants.

BROWN, Judge

Plaintiff's motion for voluntary dismissal (#4-2) is GRANTED, and plaintiff's motion to correct the record (to reflect that plaintiff seeks an investigation by the U.S. Attorney's Office rather than to bring a civil rights action) (#4-1) is DENIED AS MOOT. Pursuant to plaintiff's request, the Clerk of the Court is DIRECTED to send the U.S. Attorney's Office a copy of the file in this case.

IT IS SO ORDERED.

DATED this __3rd__ day of November, 2005.

                      ___/s/ Anna J> Brown___
                         Anna J. Brown
                         United States District Judge

1 -- ORDER